1  Eric J. Troutman (SBN 229263)
troutman.eric@dorsey.com
2  Artin Betpera (SBN 244477)
betpera.artin@dorsey.com
3  DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
4  Costa Mesa, CA 92626
Telephone:  (714) 800-1400
5  Facsimile:  (714) 800-1499

6  Attorneys for Defendant
GOSMITH, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KEITH HOBBS, individually, and on behalf of          CASE NO:  5:17-CV-06776-SVK
all other similarly situated,
12                                                        Assigned to Magistrate Judge Susan van Kuelen
                  Plaintiff,
13                                                        **[~~PROPOSED~~] ORDER OF DISMISSAL**

14       v.                                               Complaint Filed:  November 25, 2017

15
GOSMITH, INC., and DOES 1-10, and each of
16  them,

17                  Defendant.

18

19

20

21

22  / / /

23  / / /

24  / / /

25

26

27

28

1    The Court, having considered the Stipulation of Voluntary Dismissal filed by Plaintiff Keith

2  Hobbs ("Plaintiff") and Defendant GoSmith, Inc. ("GoSmith"), hereby dismisses this entire action,

3  pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice as to Plaintiff's individual claims against

4  GoSmith, and without prejudice as to the claims of the putative class members.

5

6  Dated:  March 15, 2018

   HONORABLE MAGISTRATE JUDGE
7  SUSAN VAN KUELEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL
CASE NO. 5:17-CV-06776-SVK